**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re: VeroBlue Farms USA, Inc. Litigation (No. II)** | **MDL No. 2980** |

**PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR
TRANSFER OF ACTION TO THE NORTHERN DISTRICT OF
TEXAS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED
OR CONSOLIDATED PRETRIAL PROCEEDINGS**

COMES NOW Plaintiff VeroBlue Farms USA, Inc. ("Plaintiff") in the actions pending in the Southern District of New York and the Northern District of Texas, by and through its undersigned counsel, and hereby seeks an order of the Panel dismissing the Motion for Transfer of Action to the Northern District of Texas Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings ("Motion to Transfer") without prejudice.

On October 23, 2020, Plaintiff filed its Motion to Transfer seeking to create an MDL in the case of *In re VeroBlue Farms USA, Inc.*, MDL No. 2980.  The Motion to Transfer sought to transfer or consolidate two actions pending in the Southern District of New York ("New York Action") and the Northern District of Texas ("Texas Action") to the Northern District of Texas. Since the filing of the Motion to Transfer, the parties in both the New York Action and the Texas Action stipulated to a discovery protocol that seeks to eliminate duplicative discovery efforts and streamline discovery in both the New York and Texas Actions.  The protocol was executed on October 29, 2020.  Further, certain defendants to the other actions have asserted that this Motion to Transfer will serve as a basis to delay discovery, and, while Plaintiff disagrees with this assertion, Plaintiff seeks to avoid this dispute.

In light of the newly-executed discovery protocol executed between the parties, Plaintiff respectfully requests that its Motion to Transfer be withdrawn.

Dated:  October 30, 2020                                      Respectfully Submitted,

                                                              THOMPSON COBURN LLP

                                                              */s/ Robert H. Lang*
                                                              Robert H. Lang
                                                              rhlang@thompsoncoburn.com
                                                              Caroline Pritikin
                                                              cpritikin@thompsoncoburn.com
                                                              55 East Monroe, 37th Floor
                                                              Chicago, IL 60603

- 3 -

        312-346-7500
        312-580-2201 (fax)

        Nicole L. Williams
        nwilliams@thompsoncoburn.com
        Jasmine Wynton
        jwynton@thompsoncoburn.com
        2100 Ross Avenue, Suite 600
        Dallas, TX 75201
        972-629-7100

        ***Attorneys for Plaintiff VeroBlue Farms USA, Inc.***